*Crawford v. Baytown Police Department*

**INDEX OF DEFENDANT'S DOCUMENT PRODUCTION**
**(Documents/Videos Produced Subject to Protective Order)**

| BATES-NUMBER | DESCRIPTION | DATE PRODUCED |
|---|---|---|
| BPD-Crawford 1 - 26 | General Offense Hardcopy | 10/09/2020 |
| BPD-Crawford 27 - 30 | Taser Evidence | 10/09/2020 |
| BPD-Crawford 31 - 44 | CAD Call Hardcopy | 10/09/2020 |
| BPD-Crawford 45 | Evidence Submission Form | 10/09/2020 |
| BPD-Crawford 46 | Evidence Submission Return | 10/09/2020 |
| BPD-Crawford 47 - 48 | Lab Report | 10/09/2020 |
| BPD-Crawford 49 - 56 | Grand Jury Subpoena | 10/09/2020 |
| BPD-Crawford 57 - 66 | BPD Use of Force Policy | 10/09/2020 |
| BPD-Crawford 67 - 74 | BPD Traffic Stop Policy | 10/09/2020 |
| BPD-Crawford 75 - 95 | BPD Arrest Procedures | 10/09/2020 |
| BPD-Crawford 96 – 112 | BPD Code of Conduct | 10/09/2020 |
| BPD-Crawford 113 - 130 | Teddy Sims Personnel File | 10/09/2020 |
| BPD-Crawford 131 - 138 | Teddy Sims TCOLE | 10/09/2020 |
| BPD-Crawford 139 | Assault Video | 10/09/2020 |
| BPD-Crawford 140 | Axon Body 2 Video 2019-07-06_2347 | 10/09/2020 |
| BPD-Crawford 141 | Axon Body 2 Video 2019-07-06_2347-2 | 10/09/2020 |
| BPD-Crawford 142 | Axon Body 2Video 2019-07-07_0002 | 10/09/2020 |
| BPD-Crawford 143 | Axon Body 2Video 2019-07-07_0004 | 10/09/2020 |
| BPD-Crawford 144 | Axon Body 2Video 2019-07-07_0004-2 | 10/09/2020 |
| BPD-Crawford 145 | Axon Body 2Video 2019-07-07_0006 | 10/09/2020 |
| BPD-Crawford 146 | Axon Body 2Video 2019-07-07_0009 | 10/09/2020 |
| BPD-Crawford 147 | Axon Body 2Video 2019-07-07_0012 | 10/09/2020 |
| BPD-Crawford 148 | Axon Body 2Video 2019-07-07_0014 | 10/09/2020 |
| BPD-Crawford 149 | HEB Video | 10/09/2020 |
| BPD-Crawford 150 | Officer Assist Video | 10/09/2020 |