| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
November 17, 2020
David J. Bradley, Clerk

Kedric Crawford, §
§
    Plaintiff, §
§
versus § Civil Action H-20-3003
§
Teddy Sims, et al., §
§
    Defendants. §

## Order

1. Kedric Crawford may subpoena Metro PCS for the phone records of his phone and his mother's phone for the period starting the week before the incident through the incident in question.

2. The motion for leave is under advisement until Crawford has completed all previously ordered disclosures.

3. Once Crawford has completed the previously ordered disclosures, then the court may consider additional discovery requests.

4. By December 18, 2020, the parties must jointly report the status of the case and the next steps to advance the litigation.

Signed on November 17, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge