UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
January 10, 2021
Nathan Ochsner, Clerk

| | |
|---|---|
| Kedric Crawford, § § | |
| *versus* § § | Civil Action 4:20−cv−03003 |
| Teddy Sims, et al. § | |

## Order Setting Conference

1. A pre−trial conference will be held on:

    January 13, 2021
    at 03:00 PM in
    Judge Hughes's Chambers
    United States Court House
    515 Rusk Avenue, Room 11122
    Houston, Texas 77002.

2. To ensure full notice, whoever receives this notice must confirm that every other party knows of the setting.

3. Each party must appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4. The court will decide motions, narrow issues, inquire about and resolve expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance.

5. Principal documents *must* have been exchanged well before the conference.

    Signed on January 10, 2021, at Houston, Texas.

    Lynn N. Hughes    USDJ
    United States District Judge