# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **KEDRIC CRAWFORD,** | § | |
| **PLAINTIFF,** | § | |
| | § | **CASE NO: 4:20-cv-03003** |
| V. | § | **JURY DEMANDED** |
| | § | |
| **CITY OF BAYTOWN, ET AL.,** | § | |
| **DEFENDANTS** | § | |

## AMENDED NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT CITY OF BAYTOWN PURSUANT TO RULE 41(a) (1)(A)(i)

Plaintiff, Kedric Crawford ("Plaintiff") files this his self-effectuating aMotion for Voluntary Dismissal without prejudice under Federal Rule of Civil Procedure 41(a) (1)(A)(i) terminating Claims against Defendants, City of Baytown and notices the following:

1. Plaintiff is Kedric Crawford; Defendants are the City of Baytown and Teddy Sims.

2. On June 22, 2020, Plaintiff filed his Original Petition alleging causes of action against the Defendants as a result of Constitutional violations involving the wrongful arrest and excessive force against Plaintiff.

3. The defendant has not filed an answer in this case.

4. Plaintiff wishes to dismiss his claims against the Defendant City of Baytown.

Plaintiff is requesting the court recognize the FRCP Rule 41(a)(1)(A)(i) voluntary dismissal of his terminating claims Defendant, City of Baytown with an order reflecting the same.

Respectfully submitted,
THE LEWIS LAW GROUP, PLLC.
BY: /s/ U.A. Lewis
U.A. Lewis
State Bar No. 24076511
Federal Bar No. 1645666
P.O. Box 27353
Houston, Texas 77227
Telephone: (713) 570-6555
Facsimile: (71) 581-1017
myattorneyatlaw@gmail.com
LEAD ATTORNEY FOR THE PLAINTIFF

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing instrument has been sent to all interested parties and counsel of record via the electronic filing system, email, first-class mail, or facsimile on this March 3, 2021.

/s/ U. A. Lewis
U.A. Lewis