United States District Court
Southern District of Texas
**ENTERED**
March 04, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

Kedric Crawford, §
§
Plaintiff, §
§
versus §   Civil Action H-20-3003
§
Teddy Sims, et al., §
§
Defendants. §

## Order to Consolidate

1. This case is consolidated with Civil Action H-21-624 *Kedric Crawford v. Harris County, et al.* and Civil Action H-21-647 *Crawford Kedrick v. Keith Dougherty*, as they arise from a common nucleus of operative facts.

2. It will pend as Civil Action H-20-3003 *Kedric Crawford v. Teddy Sims, et al.*

Signed on March 4, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge