United States District Court
Southern District of Texas
**ENTERED**
March 04, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Kedric Crawford, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-20-3003 |
| | § | |
| Teddy Sims, et al., | § | |
| | § | |
| Defendants. | § | |

## Order

1. Having been orally advised by Kedric Crawford during the March 3, 2021, conference, his notices of voluntary dismissal as to the City of Baytown are withdrawn. (38)(40)

2. Because Teddy Sims has filed an answer to the original complaint – the live complaint as leave to amend the complaint is still pending – Crawford's notices of voluntary dismissal as to Teddy Sims violate the federal rules and are denied. (39)(41)

Signed on March 4, 2021, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge