United States District Court
Southern District of Texas
**ENTERED**
March 04, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Kedric Crawford, | § | |
| Plaintiff, | § § § | |
| versus | § § | Civil Action H-20-3003 |
| Teddy Sims, et al., | § § § | |
| Defendants. | § | |

## Order to Show Cause

1. U.A. Lewis must appear – in person – to justify her concurrent filing of several lawsuits, which range from identical to close with shifting defendants and claims, as camouflage, including collateral attacks on this court's jurisdiction. Potential sanctions will not exceed $50,000 or incarceration of 150 days.

2. A hearing is set for:

    March 12, 2021,
    at 3:30 p.m.
    Courtroom 11-C, Eleventh Floor
    United States Court House
    515 Rusk Avenue
    Houston, Texas 77002.

Signed on March 4, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge