United States District Court
Southern District of Texas
**ENTERED**
March 05, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Kedric Crawford, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-20-3003 |
| | § | |
| Teddy Sims, et al., | § | |
| | § | |
| Defendants. | § | |

## Order

The court has received conflicting advisements from Kedric Crawford's counsel about the notice of voluntary dismissal as to the claims against the City of Baytown. A notice of voluntary dismissal is ordinarily not an issue in a case, but here, with the filing of three separate cases from the same set of facts, it is one. Because of this divergence of guidance and because it appears that there may potentially have been bad faith by Crawford's counsel, the court will wait to consider the March 4, 2021, voluntary dismissal as to the City until after the show cause hearing. If the court later decided to allow the voluntary dismissal, the claims against the City would be dismissed without prejudice, but it would remain in the case as an interested party because it is obliged to defend its officers from suit.

Signed on March __5__, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge