United States District Court
Southern District of Texas
**ENTERED**
March 08, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Kedric Crawford, | § | |
| Plaintiff, | § § § | |
| versus | § | Civil Action H-20-3003 |
| Teddy Sims, *et al.*, | § § § | |
| Defendants. | § | |

## Order on Clarification

The show cause hearing is set for:

March 12, 2021,
at 3:30 p.m.
Courtroom 11-C, Eleventh Floor
United States Court House
515 Rusk Avenue
Houston, Texas 77002. (52)

Signed on March 8, 2021, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge