United States District Court
Southern District of Texas
**ENTERED**
March 31, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Kedric Crawford, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-20-3003 |
| | § | |
| Teddy Sims, et al., | § | |
| | § | |
| Defendants. | § | |

## Order Denying Reconsideration

As the court can best understand, Kedric Crawford has moved to reconsider his own erroneous notices to dismiss voluntarily and to ensure the five different notices were disposed according to his wishes – the City of Baytown be dismissed without prejudice and the other notices be set aside.

The first four notices Crawford filed were to dismiss the City and Teddy Sims – first two with prejudice and the latter two without prejudice. The court resolved these notices in its March 4, 2021, order (47). Crawford's counsel that was present at the previous day's conference orally withdrew the two notices to dismiss the City (38, 40), and the order reflected the withdrawals. The notices to dismiss Sims (39, 41) were denied as they violated the federal rules because Sims had answered the complaint.

On March 4, 2021, Crawford filed his fifth notice to dismiss – this time solely to dismiss the City. The court dismissed the City without prejudice in its March 15, 2021, order (65).

As the relied sought has already occurred – the City was dismissed without prejudice and the other notices were disposed – the motion for new trial and reconsideration is denied as moot. (71)

Signed on March 30, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge