# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **KEDRIC CRAWFORD,**<br>**Plaintiff,**<br><br>V.<br><br>**TEDDY SIMS, ET AL.,**<br>**Defendant.** | §<br>§<br>§ **Civil Action No.4:20-cv-03003**<br>§<br>§ **JURY DEMANDED**<br>§<br>§ |

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE DREW TIPTON:**

Plaintiff Kedric Crawford files his **NOTICE OF APPEAL** against Defendants, City of Baytown, Samuel Serrett, Shane Michael Dunlap, Alyssa McDaniels, Samuel, Keith Dougherty, Nathanial Brown, Alyssa McDaniel, Ivan Martinez, Bryce Perkins, Brett Rasch, and Kevin Dunlap, Harris County, Ed Gonzalez, Dr. Laxman Sundar. (collectively "Defendants").

Notice is hereby given that Plaintiff appeals to the United States Court of Appeals for the Fifth Circuit from the orders of the United States District Court for the Southern District of Texas, Houston Division, in Case No. 4:20-cv-03003. Specifically, Plaintiff appeals the Final Judgment granting the Motion to Sever filed on October 16, 2024, which severed claims against Defendants, City of Baytown, Samuel Serrett, Shane Michael Dunlap, Alyssa McDaniels, Samuel, Keith Dougherty, Nathanial Brown, Alyssa McDaniel, Ivan Martinez, Bryce Perkins, Brett Rasch, and Kevin Dunlap, Harris County, Ed Gonzalez, and Dr.

Laxman Sundar except for Defendant Teddy Sims.

Respectfully submitted,
By: /s/ U.A. Lewis
U.A. Lewis
Texas State Bar No. 24076511
Federal Bar Number 1645666
The Lewis Law Group
P.O. Box 27353
Houston, TX 77227
T: (713) 570-6555
F: (713) 581-1017
myattorneyatlaw@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been forwarded to all parties by ECF electronic filing service on November 15, 2024.

*/s/ U.A. Lewis*
**U.A. Lewis**