United States District Court
Southern District of Texas
**ENTERED**
January 21, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KEDRIC CRAWFORD, §<br>*Plaintiff*, §<br>§<br>v. §<br>§<br>TEDDY SIMS, §<br>*Defendant*. § | CIVIL ACTION NO. 4:20-CV-3003 |

# **ORDER**

Before the Court is Defendant's Opposed Motion to Extend Deadlines to File Pretrial Materials and Docket Call. ECF 200. The current deadline to file the parties' Joint Pretrial Order is January 23, 2025 and Docket Call is February 6, 2025. ECF 161. The parties cross-motions for summary judgment remain pending. ECF 176; ECF 177. In addition, on November 18, 2024 Plaintiff filed with the Fifth Circuit Court of Appeals an interlocutory appeal of prior rulings, including a ruling that severed multiple defendants from the case. ECF 194. It is therefore

ORDERED that unexpired deadlines in the current Docket Control Order (ECF 161) are VACATED. It is further

ORDERED that the parties' Joint Pretrial Order is due 14 days after the District Judge issues an Order on the Memoranda and Recommendations on

summary judgment. Docket Call will be set at the time of the District Judge's Order.

Signed on January 21, 2025, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge