United States District Court
Southern District of Texas
**ENTERED**
April 11, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEDRIC CRAWFORD, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:20-CV-3003 |
| | § | |
| TEDDY SIMS, | § | |
| *Defendant*. | § | |

## ORDER

Plaintiff's appeal of certain rulings by the District Court in this case is currently pending before the Fifth Circuit. It is therefore

ORDERED that the following pending motions are TERMINATED WITHOUT PREJUDICE until after the Fifth Circuit's ruling:

1. Plaintiff's Motion for Partial Summary Judgment (ECF 173);

2. Defendant's Motion for Summary Judgment (ECF 177);

3. Defendant's Motion to Exclude Testimony (ECF 178);

4. Plaintiff's Motion to Strike and Exclude Expert (ECF 179).

Signed on April 11, 2025, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge